**Randal G. DeVERGER, Respondent,**

v.

**Connie J. DeVERGER (Hayes), Appellant.**

**No. 45392.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 7, 1982.

Philip G. Smith, Louisiana, for appellant.

James Rittenbaum, Louisiana, for respondent.

### ORDER

PER CURIAM:

Appeal from an order denying mother's motion to hold father in civil contempt for failure to pay child support.

Judgment of the trial court is affirmed. Rule 84.16(b).